# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Hector Estrada-Lopez,<br>a.k.a.: Hector Estrada,<br>a.k.a.: Rogelio Munoz-Rodriguez,<br>a.k.a.: Rogelio Munoz,<br>(A073 083 602)<br>*Defendant* | Case No.  17- 6309 MB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 5, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hector Estrada-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Del Rio, Texas, on or about September 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 15, 2017

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 5, 2017, Hector Estrada-Lopez was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Estrada-Lopez was examined by ICE Officer R. Lemme who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 14, 2017, Estrada-Lopez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Estrada-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hector Estrada-Lopez to be a citizen of Mexico and a previously deported criminal alien. Estrada-Lopez was removed from the

United States to Mexico through Del Rio, Texas, on or about September 15, 2015, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Estrada-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Estrada-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Hector Estrada-Lopez was convicted of Re-Entry after Deportation, a felony offense, on August 1, 2014, in the United States District Court, District of Arizona. Estrada-Lopez was sentenced to twenty (20) months' imprisonment and thirty-six (36) months' supervised release. Estrada-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On August 14, 2017, Hector Estrada-Lopez was advised of his constitutional rights. Estrada-Lopez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 5, 2017, Hector Estrada-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously

denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about September 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

---

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 15th day of August, 2017.

---

David K. Duncan,
United States Magistrate Judge